FORM 3-1

## UNITED STATES COURT OF INTERNATIONAL TRADE

_____ x
                                    :

DALIAN HUALING WOOD CO., LTD.,     :

                                      :

                 Plaintiff,      :       **SUMMONS**

                                      :

                                      :       Court No. 22-00334

     v.                            :

UNITED STATES,                   :

                                      :

               Defendant.     :
_____ x

TO:   The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

       **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                              **/s/ Mario Toscano**
                              Clerk of the Court

1.  <u>Name and standing of plaintiff</u>: Plaintiff in this action is Dalian Hualing Wood Co., Ltd. As a foreign manufacturer, producer, or exporter of subject merchandise, Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(a) and was a party to the proceeding that led to the determination being challenged.  Plaintiff participated in the proceeding through the submission of questionnaire responses and written arguments.  As such, Plaintiff has standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2.  <u>Brief description of the contested determination</u>: The contested determination is the U.S. Department of Commerce's final results in the administrative review of the antidumping duty order on wooden cabinet and vanities and components thereof from the People's Republic of China.  *See* <u>Wooden Cabinet and Vanities and Components Thereof From the People's Republic of China: Final Results and Partial Rescission of the Antidumping Duty Administrative Review; 2019-2021</u>, 87 FR 67674 (November 9, 2022).  This determination is contested pursuant to 19 U.S.C. § 1516a(2)(B)(iii) and 28 U.S.C. § 1581(c).  This Summons is being filed within 30 days of the publication in the Federal Register of the final determination and is timely filed pursuant to 19 U.S.C. § 1516(a)(2)(A).

3.  <u>Effective date of the determination</u>: November 9, 2022.

4.  <u>Date of publication in the Federal Register of the contested determination</u>: November 9, 2022

Respectfully submitted,

<u>/s/ *Michael S. Holton*</u>
Michael S. Holton
Jordan C. Kahn
Kavita Mohan
Andrew T. Schutz
Ned H. Marshak*

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
1201 New York Ave., NW, Suite 650
Washington, DC 20005
(202) 783-6881

*599 Lexington Avenue FL 36
New York, NY 10022-7648
(212) 557-4000

Dated:  December 8, 2022

## SERVICE OF SUMMONS BY THE CLERK

   If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

General Counsel
**U.S. Department of Commerce**
14th Street & Constitution Ave., NW
Washington, D.C. 20230

The Honorable Mario Toscano
Clerk of the Court

Date: December ___, 2022      By:_____